**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No.  16-30136 |
| Plaintiff-Appellee, | D.C. No. 1:15-cr-00095-SPW |
| v. | |
| CHRISTOPHER BRADLEY CHASE, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted April 11, 2017[**]

Before:    GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Christopher Bradley Chase appeals from the district court's judgment and

challenges the 32-month sentence imposed following his guilty-plea conviction for

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).  Accordingly, Chase's request for oral argument is denied.

being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Chase contends that his sentence is substantively unreasonable in light of his pre-sentencing rehabilitation and the minimal risk he believes he poses to the public in view of his recovery.  The court did not abuse its discretion in imposing Chase's sentence.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  The court varied downward 14 months to account for Chase's mitigating circumstances.  The below-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including the number and nature of the guns Chase obtained and the other circumstances of the offense.  *See Gall*, 552 U.S. at 51.

**AFFIRMED.**

16-30136